UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

| | |
|---|---|
| **DATE**: January 9, 2026 | **TIME IN COURT**: 7 Minutes |
| **JUDGE**: JEFFREY S. WHITE | **COURT REPORTER**: Lee-Anne Shortridge Appearing by Zoom.gov |

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: 25-cv-02358-JSW

**TITLE**: Courtney Van Cott v. Equity Residential, et al.

| **COUNSEL FOR PLAINTIFF**: | **COUNSEL FOR DEFENDANT**: |
|---|---|
| Linda Dardarian | Jeremy S. Smith |
| | Daniel Rubin |

**PROCEEDINGS**: Motion for Final Approval of Class Action Settlement, Motion for Attorney Fees, Motion for Class Representative Service Award.

**RESULTS**: Motion for Final Approval of Class Action Settlement, Motion for Attorney Fees, Motion for Class Representative Service Award – GRANTED.

The Court allows any class members to state their objections to the Motion for Final Approval, on the record. No objections raised.

Motion for Attorney Fees, Motion for Class Representative Service Award, and incentive awards and unopposed Motion for Final Approval of Class Action Settlement (docket nos. 28, 29, and 32) is GRANTED. The Court will approve and sign the proposed order.